UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEKO DEAUNT'E JONES SR.,

          Petitioner,

v.

KARIN ARNOLD,

          Respondent.

CASE NO. 3:25-cv-05159-BJR-BAT

**ORDER OF DISMISSAL**

Having reviewed, *de novo*, the Report and Recommendation, there being no objections thereto, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation, dismisses this matter without prejudice, and denies issuance of certificate of appealability.

(2) Petitioner's motions at docket numbers 7-11 are stricken as moot.

(3) The Clerk shall provide petitioner a copy of this Order.

Dated this 24th day of April, 2025.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER OF DISMISSAL - 1